Gary D. EDGINGTON, Appellant,

v.

STATE Of Missouri, Respondent.

No. WD 60889.

Missouri Court of Appeals, Western District.

Feb. 25, 2003.

Andrew A. Schroeder, Assistant State Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joel A. Block, Assistant Attorney General, Jefferson City, MO, for respondent.

Before: THOMAS H. NEWTON, P.J., ROBERT G. ULRICH and EDWIN H. SMITH, JJ.

---

1. All statutory references are to Mo.Rev.Stat. (2000), unless indicated otherwise.

## ORDER

PER CURIAM.

Mr. Gary D. Edgington appeals the denial of his motion for postconviction relief.

For the reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).